IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 0:11-515-CMC |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Thomas Martin Brandenburg, II, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the court on Defendant's motion seeking a "judicial recommendation" regarding placement in a half-way house and release to home confinement. ECF No. 126.

      The location where a defendant serves his sentence is purely a matter within the purview of the United States Bureau of Prisons. *See United States v. Wilson*, 503 U.S. 329, 331 (1992) ("The Attorney General, through the Bureau of Prisons (BOP), has responsibility for imprisoning federal offenders."). See also C.F.R. § 0.96 ("[t]he Director of the Bureau of Prisons is authorized to exercise or perform any of the authority, functions, or duties conferred or imposed upon the Attorney General by any law relating to the commitment, control, or treatment or persons . . . charged with or convicted of offenses against the United States . . . ."). Therefore, the amount of time that a Defendant may spend in a halfway house is a matter committed to the discretion of the BOP. Additionally, this court is without jurisdiction to order any adjustment in Defendant's sentence such as he requests.

      Defendant's motion is, therefore, denied.

      **IT IS SO ORDERED.**

      s/ Cameron McGowan Currie
      CAMERON MCGOWAN CURRIE
      UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
April 29, 2013